FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 APR 13 PM 3:41

COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.                                             CASE NO. 6:22-cr-60-CEM-DCI
                                               18 U.S.C. § 751(a)

SHEPHARD WAYNE GROVER, JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 15, 2022, in the Middle District of Florida and elsewhere, the defendant,

SHEPHARD WAYNE GROVER, JR.

did knowingly escape from the custody of the Attorney General and his authorized representatives, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of any process issued under the laws of the United States by any court and judge, with the custody and confinement being by virtue of a conviction, to wit: the defendant escaped from the Dismas Charities, Inc. Residential Re-Entry Center in Orlando, Florida, where he had been serving a sentence as a result of his supervised release revocation following his prior felony conviction for Possession with Intent to Distribute Five Grams or More of Cocaine Base within 1,000 Feet of a School, in the United States District Court for the Middle District of Florida.

In violation of 18 U.S.C. § 751(a).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Jennifer M. Harrington
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
April 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

SHEPHARD WAYNE GROVER, JR.

## INDICTMENT

Violations: 18 U.S.C. § 751(a)

A true bill,

_____
Foreperson

Filed in open court this 13th day of April, 2022.

_____
Clerk

Bail $_____